

FILED
JUL 0 5 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANS ANTONE PETERSEN,<br><br>Petitioner,<br><br>v.<br><br>ROBERT NEUSCHMID, Warden,<br><br>Respondent. | Case No.: 3:18-cv-02228-BEN-MSB<br><br>**ORDER:**<br>**(1) ADOPTING REPORT AND RECOMMENDATION, [Doc. 5]; and**<br><br>**(2) GRANTING PETITIONER'S MOTION TO STAY PURSUANT TO RHINES, [Doc. 4]** |

On September 25, 2018, Petitioner Hans Antone Petersen, a state prisoner, filed a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254. [Doc. 1.] On October 9, 2018, the Court notified Petitioner that his petition is a "mixed" petition because it contains both exhausted and unexhausted claims. [Doc. 2.] The Court's notice granted Petitioner the option to request a stay of the proceedings pending state court exhaustion. [*Id.*] On November 12, 2018, Petitioner filed a Motion to Stay Proceedings Pending Exhaustion of State Court Remedies. [Doc. 4.] Respondent did not file any opposition.

Following review of Petitioner's Motion to Stay, Magistrate Judge Michael S. Berg issued a thoughtful and thorough Report and Recommendation ("Report") recommending that the Motion be granted under *Rhines v. Webber*, 544 U.S. 269 (2005). [Doc. 5.] Objections to the Report were due by June 6, 2019. [*Id.*] Neither party filed objections to

1

3:18-cv-02228-BEN-MSB

the Report. For the reasons that follow, the Report is **ADOPTED**, and the Motion to Stay is **GRANTED**.

A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "[T]he district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." Fed. R. Civ. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

The Court has considered and agrees with the Report and Recommendation. Thus, the Court **ADOPTS** the Report and Recommendation, and Petitioner's Motion to Stay is **GRANTED**.

**IT IS SO ORDERED.**

Dated: July __/__, 2019

HON. ROGER T. BENITEZ
United States District Judge

2

3:18-cv-02228-BEN-MSB